# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED
2018 DEC 10 P 2:20
U.S. DISTRICT COURT
NEW HAVEN, CT.

Debra Trimachi,
Plaintiff,

v.

State of Connecticut
Workers' Compensation Commission
3rd District, Defendant(s).

Case No. 3:18cv2017(SRU)
(To be supplied by the Court)

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1. Plaintiff resides at the following location: 617 B Laurel St., East Haven, CT 06512

2. Defendant(s) reside(s) at the following location [Attach additional sheets if more space is required]: Workers' Compensation Commission Office of The Chairman 21 Oak St., Hartford, CT 06106

3. This action is brought pursuant to [Check all spaces that apply to the type of claim(s) you wish to assert against the Defendant(s)]:

[X] Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin. Jurisdiction is specifically conferred on this Court by 42 U.S.C. § 2000e-5(f). Equitable and other relief is sought under 42 U.S.C. § 2000e-5(g) and the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

[X] Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, et seq., for employment discrimination based upon age. Jurisdiction is alleged pursuant to 28 U.S.C. §§ 1331, 1337, and/or 1343. Equitable and other relief is sought under 29 U.S.C. §§ 626(b) and (c) or §§ 633a(b) and (c).

My Year of Birth is: 1959.

☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability against an employer which constitutes a program or activity receiving Federal financial assistance. Jurisdiction is asserted under 28 U.S.C. §§ 1331, 1337 and/or 1343. Equitable and other relief is sought under 29 U.S.C. § 794a.

☒ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, et seq., for employment discrimination on the basis of a disability against a private employer. Jurisdiction is specifically conferred on this Court by 42 U.S.C.§ 2000e-5(f). See 42 U.S.C. § 12117(a). Equitable and other relief is sought pursuant to 42 U.S.C. § 2000e-5(g). td.

4. The acts complained of in this suit concern [Check all spaces that are applicable to your claim(s)]:

(A) ☐ Failure to hire me. I was refused a job on the following date(s): ____

(B) ☐ Termination of my employment. I was terminated from my employment on the following date: ____

(C) ☒ Failure to promote me. I was refused a promotion on the following date(s): _04-03-2017_

(D) ☒ Other acts as specified below: _Back pay, working out of class performing duties, as assigned to other seven Districts, by paralegals and one secretary II_

5. The conduct of the Defendant(s) was discriminatory because it was based upon: race [X], color [X], religion [X], sex [ ], age [X], national origin [ ] or disability [X]. [Please check all applicable bases for your claim of discrimination and explain further, if necessary]: Defendant's actions fostered a consistent hostile working environment resulting in materially altered workplace

6. The facts surrounding my claim of employment discrimination are as follows [Attach additional sheets, if necessary]: Several "investigative" meetings re: religious harassment by co-worker Silver, Robinson w/o relief. Yearly appraisals lowered by manager Dave Lawson from excellent to fair, noting issues grieved to Labor Board, including my "knowledge" of 33 yrs., including his public embarassing and violent behavior necessitating calls to NHPD. Mgr. Lawson allows tardiness, long lunch breaks, early dismissal, texting, napping, thereby stealing time. Security breaches brought to his attention ignored. Physical accomodations are ignored for years ie: headset determined by Chairman's office ergonomic study, and proper chair determined by Doctor. HR's continual inadequate investigations. Warning letters up to and including suspension. Mgr minimizes/ignores coworkers hostility toward me.

7. The approximate number of persons who are employed by the Defendant employer I am suing is: more than one hundred.

8. The alleged discrimination occurred on or about the following date(s) or time period: 2015 to present

3

9.  I filed charges with the:

  ☒ Equal Employment Opportunity Commission

  ☒ Connecticut Commission on Human Rights and Opportunities

10. The Equal Employment Opportunity Commission issued a Notice of Right to Sue letter **(copy attached)**, which I received on or about the following date: _Letter date 09-10-18_
[**NOTE:** If you filed charges with the EEOC or the CHRO, you **MUST** attach a copy of the Notice of Right to Sue letter for this Court to consider your claim(s). Failure to do so may result in delaying consideration of your claim(s).]

11. The EEOC or the CHRO determined that there was no probable cause to believe that discrimination occurred. My reasons for questioning that determination are as follows [Attach additional sheets, if necessary]: _Denied proper fact-finding conference scheduled April 6+7, 2017 with my stated witnesses, a co-worker + Union President to testify as date changed, w/o my knowledge or consent, while I was @ YNHH, ICU. I appeared @ CHRO on 04-05-17 w/o witnesses nor file. Promised by investigator, Robert Molter, a new date for witness testimony. "No reasonable cause" rec'd 7-25-18. I requested right to sue. Filed w/CHRO 6-14-16 more than 180 days had passed._

12. If relief is not granted, I will be irreparably denied rights secured under the law(s) referred to in Item Number 3, above.

13. WHEREFORE, Plaintiff(s) pray(s) that: The Court grant such relief as may be deemed appropriate, including [**NOTE:** While all of the forms of relief listed below may not be available in a particular action, you should place a check next to each form of relief you seek.):

  ☒ Injunctive orders (specify the type of injunctive relief sought): _Prohibit harassment by Defendant(s)_ ;

  ☒ Backpay;

4

☐ Reinstatement to my former position;

☒ Monetary damages (specify the type(s) of monetary damages sought): __

<u>Compensatory damages in an amount this court shall consider to be just, reasonable and fair.</u>

☒ Other (specify the nature of any additional relief sought, not otherwise provided for on this form): <u>Attorney and Filing fees.</u>

AND costs and attorneys' fees.

**JURY DEMAND**

I hereby   DO ☒   DO NOT ☐   demand a trial by jury.

_____   *Debra Trimachi*
Original signature of attorney (if any)   **Plaintiff's Original Signature**

| |
|---|
| ~~Printed Name and address~~ |

Debra Trimachi
~~Printed Name and address~~
617 B Laurel St.
East Haven, CT 06512

( )   (203) 558 8109
Attorney's telephone   Plaintiff's telephone

   Ltrimachi@gmail.com
Email address if available   Email address if available

Dated: 12/08/2018

5

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _U.S. District Court, New Haven, CT_ on _12/08/2018_.
           (location)                          (date)

_Dubra Trimachi_
**Plaintiff's Original Signature**

(Rev. 3/23/16)

EEOC Form 161 (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Debra Trimachi<br>713 Laurel Street<br>East Haven, CT 06512 | From: | Boston Area Office<br>John F. Kennedy Fed Bldg<br>Government Ctr, Room 475<br>Boston, MA 02203 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16A-2016-01512 | Amon L. Kinsey, Jr.,<br>Supervisory Investigator | (617) 565-3189 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☒ Other *(briefly state)*     **Charging Party is pursuing claims in another forum.**

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*Feng An, Kenneth*

Feng K. An,
Area Office Director

SEP 1 0 2018

*(Date Mailed)*

Enclosures(s)

cc:

STATE OF CT WORKER'S COMPENSATION
21 Oak Street
Hartford, CT 06106