## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DEBRA TRIMACHI | : | CIVIL ACTION NO. 3:18CV02017(SRU) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| WORKERS' COMPENSATION | : | |
| COMMISSION | : | |
| *Defendant* | : | DECEMBER 13, 2019 |

### MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), the Defendant,

Workers' Compensation Commission, hereby moves to dismiss Plaintiff's Complaint filed on

December 10, 2018 (Doc. # 1) brought pursuant to Title VII of the Civil Rights Act of 1964 as

amended, 42 U.S.C. §§ 2000e, *et seq.*, the Age Discrimination in Employment Act of 1967, as

amended, ("ADEA"), 29 U.S.C. §§ 621 *et seq.,* and the Americans with Disabilities Act of 1990,

as amended, ("ADA"), 42 U.S.C. §§ 12101 *et seq.*

The basis of this motion is that Plaintiff's ADA and ADEA claims are barred by the

Eleventh Amendment, and Plaintiff's Title VII claim fails to state a claim for which relief can be

granted.

In support of this motion, Defendant has attached a memorandum of law.


                                        DEFENDANT,
                                        WORKERS' COMPENSATION COMMISSION

                                        WILLIAM TONG
                                        ATTORNEY GENERAL

            By:     _/s/ *Jennifer P. Bennett*_____
                    Jennifer P. Bennett
                    Assistant Attorney General
                    165 Capitol Avenue, Suite 5000
                    Hartford, CT 06106

Tel:  (860) 808-5340
Fax: (860) 808-5383
E-mail: Jennifer.P.Bennett@ct.gov
Federal Bar # ct28790

## <u>CERTIFICATION</u>

I hereby certify that on December 13, 2019 a copy of the foregoing was filed electronically.

Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing

system.  Parties may access this filing through the Court's system.

                                        _/s/ *Jennifer P. Bennett*_____
                                        Jennifer P. Bennett
                                        Assistant Attorney General